**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 19-518-3** |
| | : | |
| **ATIF MAHMOOD MALIK** | : | |
| | : | |

## ORDER

AND NOW, this **26th** day of **February 2025**, upon review of Defendant Malik's Second Motion for Reconsideration of Order Granting Government's Motion in Limine to Preclude Dr. Habib (ECF No. 528) and the Government's Response (ECF No. 529), it is hereby **ORDERED** that Defendant Malik's Second Motion for Reconsideration (ECF No. 528) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**
_____

**CHAD F. KENNEY, JUDGE**